IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>    Plaintiff,<br><br> v.<br><br>SIERRA SAGE HERBS LLC, DBA GREEN GOO,<br><br>    Defendant. | Civil Action No. 6:20-cv-00958 |

## STIPULATION FOR DISMISSAL

Plaintiff, CHRISTOPHER WALTERS, and Defendant, SIERRA SAGE HERBS LLC, DBA GREEN GOO, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 13, 2020

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | HARTER SECREST & EMERY LLP |
| By:   /s/ *Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By:   /s/ *Jeffrey J. Calabrese*<br>Jeffrey J. Calabrese, Esq.<br>jcalabrese@hselaw.com<br>1600 Bausch & Lomb Place<br>Rochester, New York 14604<br>Phone: (585) 232-6500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 11/16/2020
Syracuse, NY